**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JENNIFER TEMPLE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.** |
| | § | |
| **WFAA-TV, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

**APPENDIX TO NOTICE OF REMOVAL**

| EXHIBIT NO. | DATE FILED | DESCRIPTION |
|---|---|---|
| A-1 | As of 05/28/21 | Docket sheet of State Court Action |
| A-2 | 04/30/21 | Plaintiff's Original Petition |
| A-3 | 04/30/21 | Plaintiff's Jury Demand |
| A-4 | 05/06/21 | Citation (WFAA-TV, Inc.) |
| A-5 | 05/21/21 | Return of Citation (WFAA-TV, Inc.) |
| A-6 | 05/28/21 | Defendant's Original Answer |

# Exhibit A