# A-1

## Case Information

DC-21-05553 | JENNIFER TEMPLE vs. WFAA-TV, INC.

| | | |
|---|---|---|
| Case Number<br>DC-21-05553 | Court<br>191st District Court | Judicial Officer<br>SLAUGHTER, GENA |
| File Date<br>04/30/2021 | Case Type<br>EMPLOYMENT | Case Status<br>OPEN |

## Party

PLAINTIFF
TEMPLE, JENNIFER

Active Attorneys ▼
Lead Attorney
GILMORE, JAMIE J
Retained

---

DEFENDANT
WFAA-TV, INC.

Address
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

## Events and Hearings

04/30/2021 NEW CASE FILED (OCA) - CIVIL

04/30/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

04/30/2021 JURY DEMAND ▾

JURY DEMAND

04/30/2021 ISSUE CITATION ▾

ISSUE CITATION - WFAA-TV, INC.

05/06/2021 CITATION ▾

Served
05/07/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
05/15/2021
Comment
WFAA-TV, INC.

05/17/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - WFAA-TV, INC.

> Comment
> EXECUTED CITATION - WFAA-TV, INC.

# Financial

| TEMPLE, JENNIFER | |
|---|---:|
| Total Financial Assessment | $340.00 |
| Total Payments and Credits | $340.00 |

| | | | | |
|---|---|---|---|---|
| 5/3/2021 | Transaction Assessment | | | $340.00 |
| 5/3/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 27429-2021-DCLK | TEMPLE, JENNIFER | ($340.00) |

## Documents

ORIGINAL PETITION

JURY DEMAND

ISSUE CITATION - WFAA-TV, INC.

EXECUTED CITATION - WFAA-TV, INC.