A-3

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-21-05553

JENNIFER TEMPLE

vs.

WFAA-TV, INC.

191st District Court

## <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: JENNIFER TEMPLE

FEE PAID: $40.00

600 COMMERCE STREET DALLAS, TEXAS  75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html