# A-4

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:   WFAA-TV, INC.
      SERVING REGISTERED AGENT CT CORPORATION SYSTEM
      1999 BRYAN ST STE 900
      DALLAS TX  75201

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER TEMPLE**

Filed in said Court  **30th day of April, 2021** against

**WFAA-TV, INC.**

For Suit, said suit being numbered **DC-21-05553,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of May, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____*Carlenia Bouligny*_____, Deputy
CARLENIA BOULIGNY

---

**ESERVE**

CITATION

DC-21-05553

**JENNIFER TEMPLE**
Vs.
**WFAA-TV, INC.**

ISSUED THIS
**6th day of May, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**JAMIE J GILMORE**
BAILEY & GALYEN
1300 SUMMIT AVENUE
SUITE 650
FORT WORTH TX  76102
817-276-6000
jgilmore@galyen.com

**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-05553

Court No.191st District Court

Style: JENNIFER TEMPLE

 Vs.

WFAA-TV, INC.

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____ .M. on the _____day of_____, 20_____, by delivering to the within named
_____
_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | For serving Citation | $_____ | _____ |
|  | For mileage | $_____ | of _____ County, _____ |
|  | For Notary | $_____ | by _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said   _____ before me this  _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

_____

Notary Public    _____  County _____