# A-5

FILED
5/17/2021 12:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Felicia Pitre DEPUTY

CAUSE NO. <u>DC-21-05553</u>

| | | |
|---|---|---|
| **JENNIFER TEMPLE** | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § § | |
| VS. | § § | 191ST JUDICIAL DISTRICT |
| **WFAA-TV, INC.** | § § | |
| Defendant(s). | § § | DALLAS COUNTY, TEXAS |

## RETURN OF SERVICE

Came to my hand on **Friday, May 7, 2021 at 11:08 AM,**
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **11:58 AM,** on **Friday, May 7, 2021,**
by delivering to the within named:

**WFAA-TV, INC.**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Agent, LINDSEY BARRIENTEZ**
a true copy of this

**CITATION AND PLAINTIFF'S ORIGINAL PETITION with CHARGE OF DISCRIMINATION attached**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Ernesto Martin Herrera** who after being duly sworn on oath states: "My name is **Ernesto Martin Herrera**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _/s/ Ernesto Martin Herrera_
Ernesto Martin Herrera - PSC 4418 - Exp 11/30/21
served@specialdelivery.com

Subscribed and Sworn to by Ernesto Martin Herrera, Before Me, the undersigned authority, on this 14th day of May, 2021.

_Charity N. Coleman_
Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To: WFAA-TV, INC.
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER TEMPLE**

Filed in said Court **30th day of April, 2021** against

**WFAA-TV, INC.**

For Suit, said suit being numbered **DC-21-05553,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of May, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
CARLENIA BOULIGNY

---

**ESERVE**

CITATION

DC-21-05553

JENNIFER TEMPLE
Vs.
WFAA-TV, INC.

ISSUED THIS
6th day of May, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**JAMIE J GILMORE**
BAILEY & GALYEN
1300 SUMMIT AVENUE
SUITE 650
FORT WORTH TX 76102
817-276-6000
jgilmore@galyen.com

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. : DC-21-05553

Court No.191st District Court

Style: JENNIFER TEMPLE

Vs.

WFAA-TV, INC.

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____.M. on the _____ day of _____, 20_____, by delivering to the within named

_____

_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

    For serving Citation   $_____     _____

    For mileage           $_____     of _____ County, _____

    For Notary           $_____     by _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**RETURN / AFFIDAVIT
PROOF / ATTACHED**